```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAMUEL BRANCH, et al.,              :
                                    :   09 Civ. 7155(VM)
                Plaintiffs,         :
                                    :
    - against -                     :   ORDER
                                    :
LUNGOMARE HOLDINGS LLC, et al.,     :
                                    :
                Defendants.         :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/10

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on August 13, 2009, to date no service of process has been made on any defendant, no answer has been recorded, and there has been no other correspondence with the Court. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), provided that within seven days of the date of this Order plaintiff may, for good cause shown, request reinstatement of the case to the Court's docket.

**SO ORDERED.**

Dated:   New York, New York
         25 January 2010

_____
VICTOR MARRERO
U.S.D.J.